Tammy Hussin (Bar No. 155290)
Hussin Law Firm
6404 Merlin Dr., Suite #100
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com
Attorneys for Plaintiff, Marie St. Fort

Ashley R. Fickel, Esq.
AFickel@dykema.com
Jeffrey A. Iloulian Esq.
jiloulian@dykema.com
DYKEMA GOSSETT LLP
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
Attorneys for Defendant, Asset Acceptance, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marie St. Fort,<br><br>      Plaintiff,<br><br>vs.<br><br>Asset Acceptance, LLC; and DOES 1-10, inclusive,<br><br>      Defendants. | Case No.: 3:13-cv-01837-JM-JMA<br><br>**JOINT MOTION FOR ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Judge: Jeffrey T. Miller |

///

///

///

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to Fed R. Civ. P. 41(a), Plaintiff, Marie St. Fort and Defendant Asset Acceptance, LLC bring this joint motion to request the Court issue an order dismissing the above-mentioned matter with prejudice.

DATED: July 29, 2014  By: */s/Tammy Hussin*
 Tammy Hussin, Esq.
 HUSSIN LAW FIRM
 Attorney for Plaintiff, Marie St. Fort

DATED: July 29, 2014  By: */s/Ashley R. Fickel*
 Ashley R. Fickel, Esq.
 DYKEMA GOSSETT LLP
 Attorneys for Defendant, Asset Acceptance, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2014, the true and correct copy of **JOINT MOTION FOR ORDER DISMISSING CASE WITH PREJUDICE** was served electronically by the U.S. District Court, Southern District of California Electronic Document Filing System (ECF) and that the document is available on the ECF system, a true and correct copy of the foregoing was furnished via electronic filing to:

Ashley R. Fickel, Esq.
AFickel@dykema.com
Jeffrey A. Iloulian Esq.
jiloulian@dykema.com
DYKEMA GOSSETT LLP
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
Attorneys for Defendant, Asset Acceptance, LLC

                                  */s/Deborah M. Perlstein*
                                  Deborah M. Perlstein